UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SYEDA EHAN & MAA CORP., INC.
D/B/A VALUE MARKET and SYEDA
GULZAR JAHAN,

    Plaintiffs,

v.                                        Case No: 8:19-cv-2398-T-36AEP

UNITED STATES OF AMERICA,

    Defendant.
_____

**O R D E R**

Before the Court is the parties' Joint Stipulation of Voluntary Dismissal (Doc. 17). In accord with the Joint Stipulation of Voluntary Dismissal, it is **ORDERED AND ADJUDGED** as follows:

    1)    The Joint Stipulation of Voluntary Dismissal is **APPROVED** (Doc. 17).

    2)    This cause is dismissed, with prejudice. Each party shall bear its own costs and attorneys' fees.

    3)    The Clerk is directed to **CLOSE** this case.

**DONE AND ORDERED** in Tampa, Florida on February 13, 2020.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

**COPIES FURNISHED TO**:
Counsel of Record